**UNPUNBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7471**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

MELDON IRVIN WASHINGTON,

            Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:00-cr-00287-REP-1)

Submitted: October 30, 2012          Decided: November 8, 2012

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Meldon Irvin Washington, Appellant Pro Se.  Brian R. Hood, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Meldon Irvin Washington appeals the district court's order denying his motion under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. We conclude that the court did not abuse its discretion denying relief. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (stating standard of review). Accordingly, we affirm for the reasons stated by the court. United States v. Washington, No. 3:00-cr-00287-REP-1 (E.D. Va. Aug. 22, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED